IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| KIMBERLY MOSER, ) | |
| ) | Case No. 4:04cv00092 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DOMINION AUTO CENTER et al., ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |
| ) | |

Before me is Defendants' Motion to Set Aside the Default Judgment [25], Defendants' Motion to Stay [26], Plaintiff's Motion to Sell the Car [31] and Plaintiff's Motion to Show Cause [34]. For the reasons in the accompanying Memorandum Opinion, I hereby **DENY** Defendants' Motion to Set Aside the Default Judgment, **DISMISS AS MOOT** Defendants' Motion to Stay, **GRANT** Plaintiff's Motion to Sell the Car, and decline to rule on Plaintiff's Motion to Show Cause.

The clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 19th day of July, 2005.

                                                      s/Jackson L. Kiser
                                                      Senior United States District Judge