IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY MOSER, | ) | |
| | ) | Case No. 4:04CV00092 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOMINION AUTO CENTER, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |
| | ) | |
| | ) | |

For the reasons set forth in the attached Memorandum Opinion, it is hereby ORDERED

that the Defendant pay Plaintiff's attorney's fees of $1,350.00, and litigation costs of $239.37 for

a total of $1,589.37.

The Clerk of the Court is hereby directed to send a certified copy of this ORDER and the

attached Memorandum Opinion to all counsel of record.

ENTERED:

s/Jackson L. Kiser
Senior United States District Judge

August 26, 2005
Date